No. 83–6105.   CARNEY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–6108.   YATES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6110.   ROGERS ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–6112.   DUDLEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6126.   SAMUELSON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–6133.   BRYAN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6146.   WASHINGTON v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 83–6153.   FORSBERG v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–2363.   PENNHURST STATE SCHOOL AND HOSPITAL ET AL. v. HALDERMAN ET AL.   C. A. 3d Cir.   Motion of respondents Terri L. Halderman et al. for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 82–1876.   FOREMOST PRO COLOR, INC. v. EASTMAN KODAK CO.   C. A. 9th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari on the Robinson-Patman Act issues.

No. 83–466.   RUSSO v. MITCHELL ET AL.   C. A. D. C. Cir. Certiorari denied.   JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 83–511.   CONTINENTAL GROUP, INC. v. HOLT.   C. A. 2d Cir.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.